# SEALED

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUE ALEJANDRO LOPEZ,<br><br>Defendant. | Case No.: '21  MJ0606<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; Title 18 U.S.C. § 922(g)(3) Drug User/Addict in Possession of a Firearm; and Title 18 U.S.C. § 922(g)(9) – Prohibited Person in Possession of a Firearm |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about January 4, 2021, within the Southern District of California, defendant ENRIQUE LOPEZ, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition that traveled in and affected interstate commerce, to wit: a Ruger, model LR, .22 long rifle bearing serial number 350-58402; in violation of Title 18, United States Code, Section 922 (g)(1).

## COUNT 2

On or about January 4, 2021, within the Southern District of California, defendant ENRIQUE LOPEZ, knowing his status as a user of and/or addicted to a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess a firearm and ammunition that traveled in and affected interstate commerce, to wit: a Ruger, model

LR, .22 long rifle bearing serial number 350-58402; in violation of Title 18, United States Code, Section 922 (g)(3).

<u>COUNT 3</u>

On or about January 4, 2021, within the Southern District of California, defendant ENRIQUE LOPEZ, knowing his status of having previously been convicted of a misdemeanor crime of domestic violence, specifically, a conviction on or about November 2, 2017, under California Penal Code Section 243(e)(1) for battery of the mother of LOPEZ'S child, knowingly possessed a firearm, to wit: a Ruger, model LR, .22 long rifle bearing serial number 350-58402, in and affecting interstate commerce in violation of Title 18, United States Code, Section 922(g)(9).

The complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Jaime Felix*
Jaime Felix
Agent, BATF

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 11th day of February 2021.

*Barbara L Major*
HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

2

1

2
## **PROBABLE CAUSE STATEMENT**

3        On January 04, 2021, at approximately 8:32 p.m., while on routine patrol in the City

4 of Fallbrook, CA within the Southern District of California, San Diego Sheriff's Department

5 deputies conducted a traffic enforcement stop of a vehicle whose driver was speeding (CA

6 Lic#7JUU084). Deputies contacted the driver who verbally identified himself as Enrique

7 Alejandro LOPEZ ("LOPEZ"). Also in the vehicle with LOPEZ was a female passenger.

8 While deputies spoke with the two at the driver side window, LOPEZ stated his driver's

9 license was suspended and that there was a firearm in the vehicle. LOPEZ also

10 acknowledged he was on probation with a valid California 4th Amendment waiver. LOPEZ

11 and the female passenger were subsequently detained due to a possible firearm in the

12 vehicle.

13        During a search of LOPEZ' person, deputies found two (2) .22 round of ammunition

14 in LOPEZ' pocket, along with a small clear baggie containing .09 grams of a crystalline

15 substance that later tested positive for methamphetamine.  Additionally, deputies located a

16 loaded Ruger, model LR, .22 long rifle bearing serial number 350-58402, in the trunk of the

17 vehicle and a small clear Ziploc baggie containing 2.93 grams methamphetamine in the

18 passenger door pocket.  The ammunition found loaded in the firearm matched those found

19 on LOPEZ' person. Deputies arrested LOPEZ for prohibited person own/possess

20 ammunition and felon/addict possession of a firearm.

21        Post-*Miranda*, LOPEZ stated he bought the rifle from his friend who needed money

22 so LOPEZ gave him $100.00 in exchange for the rifle. LOPEZ also admitted to having

23 ammunition for the firearm in his pocket.  Additionally, LOPEZ admitted to being addicted

24 to methamphetamine and said he smoked about 2 "bowls" a day at about .25 grams total a

25 day. LOPEZ stated the methamphetamine found in the passenger door pocket cost him

26 about $80.

27        The firearm and ammunition was seized and inspected.  Preliminary checks revealed

28 that the firearm and ammunition was not manufactured in California.  Therefore, the

ammunition and firearm traveled in, and/or affected interstate commerce, to arrive in the state of California.

Preliminary records checks reveal the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRIOSNMENT |
|---|---|---|---|
| 8/27/2013 | CASC – San Diego | PC 243 (e)(1)– Battery:Spouse/Ex Sp/Date/Etc.(Misd.) | Probation/Firearm Restriction Domestic Violence |
| 07/25/2020 | CASC – San Diego | HS   11378—Possession Controlled  Substance  for Sale | 3 years' probation, 93 days prison |

In addition to the foregoing, I have reviewed the conviction documents relating to Defendant's July 2020 conviction for HS 11378 and confirmed that, notwithstanding the favorable sentence, Defendant's conviction was for a felony and not a misdemeanor.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of the Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause destruction of evidence, flight from prosecution, or may have a negative impact on this ongoing investigation. Although Defendant is presently in state custody, we understand that bond has been set in connection with the Superior Court matter and, therefore, if posted, he may be released prior to his transfer to federal custody.